UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ANALYTICA BIO-ENERGY CORP., et al.<br><br>Defendants. | No. 18-cv-472 (JDB) |

### ORDER AS TO DEFENDANT ANALYTICA BIO-ENERGY CORP.

Upon consideration of [14] the Securities and Exchange Commission's (the "SEC") Motion for Final Judgment by Default Against Defendant Analytica Bio-Energy Corp. ("Analytica'), and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the SEC's motion is **GRANTED** as to defendant Analytica; it is further

**ORDERED** that Analytica is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

  (c)  to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person; it is further

**ORDERED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Analytica's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Analytica or with anyone described in (a); it is further

**ORDERED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment; and it is further

**ORDERED**, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that the Clerk enter this Final Judgment forthwith.

  **SO ORDERED.**

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated: July 13, 2018